IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | CV-18-73-GF-BMM |
| Plaintiffs, | **ORDER** |
| -vs- | |
| U.S. BUREAU OF LAND MANAGEMENT, et al., | |
| Defendants. | |

This matter is at issue and so is eligible for a preliminary pretrial conference under Rule 16(a) of the Federal Rules of Civil Procedure and Local Rules 16.1, 16.2. Accordingly,

**IT IS ORDERED:**

(1)  Parties shall appear before the undersigned on **Wednesday, October 3, 2018 at 2:30 p.m. at the Missouri River Federal Courthouse, 125 Central Avenue West, Great Falls, Montana**, for the purpose of participating in a preliminary pretrial conference ("conference"). The parties should report to the chambers of the undersigned for the conference.

(1)  Any party may commence discovery immediately upon providing the Rule 26(a)(1) Initial Disclosure to all opposing parties. Fed. R. Civ. P. 26(d).

(a)  If it is impossible for a party to attend the conference at the time

-1-

set, application for an extension must be made by motion.  The motion must state whether opposing party objects.  The motion also must be accompanied by a proposed order resetting the conference.  Requests to change the conference date will be granted for good cause shown. **The Court will entertain a motion to appear at the conference by telephone.**

(2)   The conference is intended to develop a case-specific plan for discovery and a schedule for disposition of the case.  Parties should prepare to take part in meaningful discussions of material contained in the pretrial statements.  Each party to the case must be represented at the conference by at least one person with authority to enter stipulations.  The case management plan, including trial date resulting from the conference, will not be subject to revisions absent compelling reasons.

(3)  On or before *September 15, 2018*, parties shall meet and confer to consider matters listed in Fed. R. Civ. P. 26(f)**.**

(4)   On or before *September 26, 2018*, the parties shall jointly file with the Court a written report outlining the discovery plan formulated at the conference.  The discovery plan will require disclosure of all experts and shall address whether expert disclosures will be made simultaneously or sequentially.  Expert disclosures must comply with Fed. R. Civ. P. 26(a)(2)(B).  As part of the discovery plan parties shall seek to identify and should be prepared to discuss in detail any electronic discovery stipulations or issues which may arise and a plan for electronic discovery.  Fed R. Civ. P. 26(f)(3).  In that regard the parties may find it useful to consider potential issues regarding electronic discovery such as those outlined in the Delaware Default Standard for Discovery of Electronically

Stored Information ("E-Discovery") found at

http://www.ded.uscourts.gov/sites/default/files/Chambers/SLR/Misc/EDiscov.pdf.

(5)   On or before *September 26, 2018*, parties shall file a preliminary pretrial statement. See Fed. R. Civ. P. 26(a)(1). The statement shall address all matters listed in Federal Rule 26(a)(1) and all matters listed in Local Rules 16.2(b)(1), 16.2(c), and 26.1.

(6)   On or before *September 26, 2018*, parties shall file a Statement of Stipulated Facts. See Local Rule 16.2(b)(3).

DATED this 28th day of August, 2018.

*[signature]*

Brian Morris
United States District Court Judge