# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, MONTANA ENVIRONMENTAL INFORMATION CENTER, NORTHERN PLAINS RESOURCE COUNCIL, DAVID KATZ, BONNIE MARTINELL, and JACK MARTINELL, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior; RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior; DONATO JUDICE, in his official capacity as Montana Bureau of Land Management Deputy State Director, <br><br> Defendants. | **CV-18-73-GF-BMM** <br><br> **ORDER** |

IT IS HERBY ORDERED that a hearing on the parties' cross motions for summary judgment will be held on **June 26, 2019 at 1:30 p.m**. at the Missouri River Federal Courthouse in Great Falls, Montana.

1

DATED this 3rd day of October, 2018.

Brian Morris
United States District Court Judge