# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., | CV-18-73-GF-BMM |
| Plaintiffs, | |
| vs. | ORDER |
| U.S. BUREAU OF LAND MANAGEMENT, et al., | |
| Federal Defendants. | |

Before the Court is Defendants Bureau of Land Management, et al., motion to stay this case (Doc. 16).

Federal Defendants seek to stay this case and all deadlines pursuant to the Scheduling Order (Doc. 14) because funding for the Department of Justice expired and appropriations to the Department have lapsed. (Doc. 16 at 2). This lapse in appropriations has caused the Department of Justice attorneys and other governmental employees related to this suit to work in very limited circumstances. *Id.* Defendants seek a stay of the deadline until Congress has restored appropriations to the Department. *Id.*

Indeed, the Federal Government remains partially shutdown and continues to impact negatively close to one million federal workers. To stay these

proceedings, however, due to the Federal Government's failure to reopen and deny the Plaintiffs the right to be heard in relation to these alleged harms conflict with the interests of justice.

## **ORDER**

Accordingly, IT IS ORDERED that Defendants' Motion for Stay (Doc. 16) is DENIED.

DATED this 28th day of January, 2019.

*/s/ Brian Morris*

Brian Morris
United States District Court Judge