IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, MONTANA ENVIRONMENTAL INFORMATION CENTER, DAVID KATZ, BONNIE MARTINELL, and JACK MARTINELL,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BUREAU OF LAND MANAGEMENT, an agency within the U.S. Department of the Interior; RYAN ZINKE, in his official capacity as Secretary of the United States Department of the Interior; DONATO JUDICE, in his official capacity as Montana Bureau of Land Management Deputy State Director,<br><br>Defendants. | CV-18-73-GF-BMM<br><br>**ORDER** |

Plaintiff, has moved for admission of Joel Miner (Mr. Miner), (Doc. 17), to practice before this Court in this case with Laura H. King, Esq. to act as local counsel. Mr. Miner's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Plaintiffs' motion to allow Mr, Miner to appear on their behalf (Doc. 17) is

-1-

**GRANTED** on the following conditions:

1. Local counsel, will be designated as lead counsel or as co-lead counsel with Mr. Miner.  Mr. Miner must do his own work.  He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by her, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court.  Local counsel, shall also sign such pleadings, motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Miner, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Miner.

DATED this 22nd day of February, 2019.

_____
Brian Morris
United States District Court Judge