# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> US BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | CV-18-73-GF-BMM <br><br> **JUDGMENT** |

This action came before the Court for determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered in accordance with the Court's Order issued on May 1, 2020 (Doc. 39). Plaintiffs' motion for summary judgment is granted, and Defendants' cross-motion for summary judgment is denied. The findings of no significant impact identified in the Court's order are vacated; the identified leases are vacated; and this matter is remanded to the Bureau of Land Management for further action consistent with this Court's Order.

DATED this 23rd day of June, 2020.

TYLER P. GILMAN, CLERK

By:___ *M. Stewart*

Deputy Clerk