Shiloh S. Hernandez (MT Bar No. 9970)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Phone (SH): (406) 204-4861
E-mail: hernandez@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098) (*admitted pro hac vice*)
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
Phone: (575) 613-8050
E-mail: tisdel@westernlaw.org

Elizabeth B. Forsyth (CA Bar No. 288311) (*admitted pro hac vice*)
Earthjustice
800 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017
Phone: (415) 217-2000
E-mail: eforsyth@earthjustice.org

*Counsel for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>US BUREAU OF LAND MANAGEMENT, et al.,<br><br>    Defendants. | **CV-18-73-GF-BMM**<br><br>JOINT MOTION FOR A TEMPORARY STAY OF PROCEEDINGS RELATED TO PLAINTIFF'S MOTION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

Plaintiffs WildEarth Guardians, Montana Environmental Information Center, David Katz, Bonnie Martinell, and Jack Martinell (collectively, "Plaintiffs") and Federal Defendants (collectively, "the Parties") jointly request that this Court stay proceedings related to Plaintiffs' motion for attorneys' fees to allow the Parties to pursue good faith settlement negotiations.

Pursuant to Local Rule 7.1(c)(1), counsel for the Parties have conferred and are pursuing negotiations in an attempt to settle the issues of fees and costs. The Parties jointly request that the Court stay proceedings on this motion for sixty (60) days, up to and including November 17, 2020, to allow them to continue settlement negotiations. If the Parties are unable to reach a settlement, they will inform the Court and propose a briefing schedule for Plaintiffs to file an amended motion, followed by Federal Defendants' response, and Plaintiffs' reply. Pursuant to Local Rule 7.1(c)(3), a proposed order is included as Attachment 1 to this motion.

Respectfully submitted this 18th day of September 2020,

/s/ Shiloh Hernandez
Shiloh Hernandez
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org

*Attorney for Plaintiffs*

/s/ Paul Turcke
Paul A. Turcke, Trial Attorney

Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-353-1389 (desk)
202-532-5994 (mobile)
paul.turcke@usdoj.gov

*Attorney for Defendants*