# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> US BUREAU OF LAND MANAGEMENT, et al., <br><br> Defendants. | CV-18-73-GF-BMM <br><br> ORDER GRANTING JOINT MOTION FOR A TEMPORARY STAY OF PROCEEDINGS RELATED TO PLAINTIFF'S MOTION FOR FEES EQUAL ACCESS TO JUSTICE ACT |

BEFORE this Court is Plaintiffs and Federal Defendants' Joint Motion for a Temporary Stay of Proceedings Related to Plaintiff's Motion for Fees Under the Equal Access to Justice Act. The Court having reviewed the Joint Motion, being fully informed in the premises, and with good cause having been established, finds that the Joint Motion shall be GRANTED. IT IS HEREBY ORDERED that all proceedings in this case shall be stayed for sixty (60) days until November 17, 2020.

Dated this 21st day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court