IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, et al. Plaintiffs, vs. US BUREAU OF LAND MANAGEMENT, et al., Defendants. | CV-18-73-GF-BMM **ORDER** |

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Attorney's Fees & Costs, (Doc. 45) is referred to Magistrate Judge John Johnston, pursuant to 28 U.S.C. 636(b)(1)(A).

DATED this 22nd day of September, 2020.

_____
Brian Morris, Chief District Judge
United States District Court