Shiloh S. Hernandez (MT Bar No. 9970)
Western Environmental Law Center
103 Reeder's Alley
Helena, MT 59601
Phone (SH): (406) 204-4861
E-mail: hernandez@westernlaw.org

Kyle J. Tisdel (CO Bar No. 42098) (*admitted pro hac vice*)
Western Environmental Law Center
208 Paseo del Pueblo Sur, #602
Taos, New Mexico 87571
Phone: (575) 613-8050
E-mail: tisdel@westernlaw.org

Elizabeth B. Forsyth (CA Bar No. 288311) (*admitted pro hac vice*)
Earthjustice
800 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017
Phone: (415) 217-2000
E-mail: eforsyth@earthjustice.org

*Counsel for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>BUREAU OF LAND MANAGEMENT, et al.,<br><br>Defendants. | **CV-18-73-GF-BMM**<br><br>JOINT MOTION TO EXTEND STAY OF PROCEEDINGS RELATED TO PLAINTIFFS' MOTION FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT |

Plaintiffs Wilderness Workshop, *et al*. and Federal Defendants U.S. Bureau of Land Management, *et al*. ("Defendants") hereby respectfully file this joint motion to extend the stay of proceedings related to Plaintiffs motion for attorneys' fees, costs, and other expenses under the Equal Access to Justice Act. (*See* Doc. 45.)

The Court granted the Parties' first joint motion to stay proceedings on fees and costs on September 21, 2020. (Doc. 48.)

Counsel for the Parties remain engaged in good faith settlement negotiations on the issue of fees and costs, and have reached an agreement in principle. Accordingly, the Parties request an additional continuance and stay to finalize this agreement. The Parties jointly request that the Court extend the stay of proceedings for 30 days, or until December 17, 2020. If the Parties are unable to reach a final settlement, on December 17, 2020, they will so inform the Court and either request an additional continuance and stay if good faith settlement negotiations continue, or propose a briefing schedule for an amended motion, response, and reply.

Respectfully submitted this 16th day of November, 2020.

/s/ Shiloh Hernandez
Shiloh Hernandez
Western Environmental Law Center
103 Reeder's Alley
Helena, Montana 59601
(406) 204-4861
hernandez@westernlaw.org

*Attorney for Plaintiffs*

<u>/s/ Paul Turcke</u>
Paul A. Turcke, Trial Attorney
Natural Resources Section
Environment and Natural Resources Division
United States Department of Justice
202-353-1389 (desk)
202-532-5994 (mobile)
paul.turcke@usdoj.gov

*Attorney for Defendants*